ORIGINAL

JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
EDWARD S. MIYAUCHI (SBN 230553)
edward@marshallsuzuki.com
TOKIKO YASUDA (SBN 257128)
tokiko@marshallsuzuki.com
ANDREW BARTLETT (SBN 305565)
andrew.bartlett@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Shogakukan Inc.

FILED
MAY 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

BY FAX

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 19 80 140 MISC

In re DMCA Subpoena to          )   Case No:
                                )
YouTube, LLC                    )   **DECLARATION OF HIROYUKI**
                                )   **NAKAJIMA**
                                )
_____ )

I, Hiroyuki Nakajima, declare and testify as follows:

1. I am an attorney duly licensed to practice law in Japan. I represent Shogakukan Inc., a Japanese corporation, in the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

2. Shogakukan Inc. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers. Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _May 22_, 2019.

_Hiroyuki Nakajima_
Hiroyuki Nakajima
Attorney for Shogakukan Inc.

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL  ＋８１－３－３３５３－３５２１
FAX  ＋８１－３－３３５６－９２２８
MAIL  nakajima@flex-law.gr.jp
Attorney for Shogakukan Inc.

May 22, 2019

<u>Via Email</u>

YouTube, LLC
Attn: Copyright Operations/ DMCA Complaints
901 Cherry Ave
San Bruno, CA  94066
Phone: 650-214-3010
Email: copyright@youtube.com

    RE: <u>*NOTIFICATION OF COPYRIGHT INFRINGEMENT*</u>
       (Pursuant to 17 U.S.C. § 512)

To whom it may concern:

  I represent Shogakukan Inc., a Japanese corporation (hereinafter called "Shogakukan"), the representative of the two individual authors of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

  It has recently come to Shogakukan's attention that certain users of your services have unlawfully published and posted certain contents on your website located at www.youtube.com, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

  Shogakukan has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

  We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that

YouTube, LLC
May 22, 2019
Page 2 of 3

you remove or disable the Infringing Work from www.youtube.com and/or any of your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that Shogakukan and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Youtube, LLC
May 22, 2019
Page 3 of 3
Exhibit A.

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work | YouTube Channel/User (Name/ Profile Page on YouTube.com) | |
|---|---|---|---|---|---|---|---|
| 1 | 血と灰の女王 (Chi to Hai no Joou) | 金箱 肇 (Hajime Kanebako) | https://urasunday.com/chitohai/index.html | https://www.youtube.com/watch?v=KDCS8DxvkZw | 【マンガ動画LNG】驚異的な力を誇る闘争型ヴァンパイア。 | マンガ動画 - LNGA | https://www.youtube.com/channel/UC6z7ZEhSulwKtlDTRlI7t_w/ |
| 2 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=HlZARMXBCYs | 闇金ウシジマくん 492 Yamikin Ushijima kun 492 Manga Yamikin Ushijima kun 492 | Kile Russo | https://www.youtube.com/channel/UCHsopjVPed2vdGFalAi9PNA |
| 3 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=I1j88A8Emzg | 闇金ウシジマくん 470~480 |[Yamikin Ushijima kun 470~480||Manga Yamikin Ushijima kun 470~480 | Kile Russo | https://www.youtube.com/user/chapaevka/ |
| 4 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=5cXUGp347jY | 闇金ウシジマくん 345 --- 373 | 闇金ウシジマくん | https://www.youtube.com/channel/UCHrIXK8cUtrNHTrTBDxB6jg |
| 5 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=VfaiHRnTeSw | 闇金ウシジマくん 480 481 482 483 484 485 486 487 488 489 | 闇金ウシジマくん | https://www.youtube.com/channel/UCHrIXK8cUtrNHTrTBDxB6jg |
| 6 | ケンガンアシュラ (Kengan Ashura) | Author known as だろめおん (Daromeon) | https://urasunday.com/kengan/ | https://www.youtube.com/watch?v=D-uXAuRzJhI | Kengan Ashura Episode 21 - "Imai Cosmo vs Adam Dudley!!" - Manga Chapters 45-46 Reaction | AnimeFightClub | https://www.youtube.com/channel/UCaFuG4ehoy9YdqamcC1nGUg |
| 7 | ケンガンアシュラ (Kengan Ashura) | Author known as だろめおん (Daromeon) | https://urasunday.com/kengan/ | https://www.youtube.com/watch?v=EGMbn6L8H-g | Kengan Ashura Episode 28 - "Ohma vs Inaba Ryo!!" (1 of 2) - Manga Chapters 58-59 Reaction | AnimeFightClub | https://www.youtube.com/channel/UCaFuG4ehoy9YdqamcC1nGUg |
| 8 | ケンガンアシュラ (Kengan Ashura) | Author known as だろめおん (Daromeon) | https://urasunday.com/kengan/ | https://www.youtube.com/watch?v=D3Xf0vU3IcM | Kengan Ashura Episode 20 - "Punk Abbot vs Adam Dudley!!" - Manga Chapters 43-44 Reaction | AnimeFightClub | https://www.youtube.com/channel/UCaFuG4ehoy9YdqamcC1nGUg |
| 9 | ケンガンアシュラ (Kengan Ashura) | Author known as だろめおん (Daromeon) | https://urasunday.com/kengan/ | https://www.youtube.com/watch?v=m1jpaHrjkxQ | Kengan Ashura Episode 19 - "Match Ups!!" - Manga Chapters 41-42 Reaction | AnimeFightClub | https://www.youtube.com/channel/UCaFuG4ehoy9YdqamcC1nGUg |
| 10 | ケンガンアシュラ (Kengan Ashura) | Author known as だろめおん (Daromeon) | https://urasunday.com/kengan/ | https://www.youtube.com/watch?v=0DxOkvxutpE | Kengan Ashura Ohma vs Kiryu | Optimistic Neko | https://www.youtube.com/channel/UCshwaDMyETt_T8TRdL-OijA |
| 11 | ケンガンアシュラ (Kengan Ashura) | Author known as だろめおん (Daromeon) | https://urasunday.com/kengan/ | https://www.youtube.com/watch?v=zESXSLWKD3M | Kengan Ashura Ryu vs Ohma 「MMV」Final | luiderrico716 | https://www.youtube.com/channel/UCyu7_Hs2Wopo-bUSvTFyGMg |
| 12 | ケンガンアシュラ (Kengan Ashura) | Author known as だろめおん (Daromeon) | https://urasunday.com/kengan/ | https://www.youtube.com/watch?v=unZYjUrKBwg | Kengan Ashura Ryu vs Ohma 「MMV」Part 1 | luiderrico716 | https://www.youtube.com/channel/UCyu7_Hs2Wopo-bUSvTFyGMg/ |